UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA LOUISE FORD,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

C18-191 TSZ

ORDER

Having reviewed the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, docket no. 23, plaintiff's objections to the R&R, docket no. 24, and the Commissioner's response to plaintiff's objections, docket no. 25, the Court does hereby ORDER as follows:

(1) The R&R is ADOPTED. Plaintiff's contention that the R&R failed to address issues raised in Sections IV and V of the opening brief, docket no. 16, lacks merit. The R&R concludes that the Administrative Law Judge ("ALJ") did not err in assessing plaintiff's residual functional capacity, which is summarized at AR 29, or in ruling that plaintiff is capable of performing past relevant work as a receptionist, and

ORDER - 1

thus, the R&R was not required to analyze the additional matters raised in Sections IV and V of the opening brief.

    (2)    The Commissioner's decision is AFFIRMED.

    (3)    The Clerk is directed to enter judgment consistent with this Order, to send a copy of this Order and the judgment to all counsel of record, and to CLOSE this case.

IT IS SO ORDERED.

Dated this 19th day of April, 2019.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge